**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:07-cr-190-J-32HTS

RENATA LAVERN CASON

### **ORDER**

Yesterday, in the course of conducting the sentencing in this case, defendant's counsel moved *ore tenus*, over objection from the government, to disqualify the undersigned from further participation in this matter. I took the motion under advisement and having now reviewed the relevant law as well as the transcripts of the two hearings, dated February 25 and 26, 2008 (which are incorporated by reference), I find no basis for disqualification and the motion is therefore denied. See Phillips v. Joint Legislative Committee on Performance and Expenditure, 637 F.2d 1014 (5th Cir. 1981). Ms. Cason's sentencing hearing shall resume on **Friday, February 29, 2008 at 10:00 a.m.** in Courtroom 10B, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of February, 2008.

s.
Copies:

Kathleen A. O'Malley, Esq. (AUSA-JAx)
William E. Folsom, Esq.

U.S. Probation (Irish Anderson)
U.S. Marshals Service
Defendant

_____
TIMOTHY J. CORRIGAN
United States District Judge