**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                              Case No. 3:07-cr-190-J-32HTS

RENATA LAVERN CASON

_____

## ORDER

Upon consideration, and incorporating the Court's earlier Order (Doc. 35) on a similar *ore tenus* motion, defendant's written Motion for Disqualification (Doc. 36) is **DENIED** as the motion and accompanying affidavit do not present legally sufficient facts upon which to find that the undersigned's impartiality might reasonably be questioned within the meaning of 28 U.S.C. § 455(a) or that the undersigned has any personal bias or prejudice within the meaning of 28 U.S.C. § 455(b)(1). Disagreements with judicial rulings are the subject of appeals, not judicial disqualification.[1] Sentencing remains set for **Friday, February 29, 2008 at 10:00 a.m.** in Courtroom 10B, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

_____

[1]In addition to the transcripts of the earlier hearings in defendant's case (see Order, Doc. 35, incorporating transcripts), for purposes of further review, and because it is referenced in the motion for disqualification, the Court is also incorporating the transcript of the February 26, 2008 sentencing hearing of Octavia Waynns (Case No. 3:07-cr-196-J-32HTS). The Court further notes that defendant's *ore tenus* motion to disqualify interrupted the Court's consideration of the affidavits that are the subject of the motion to disqualify and the Court will hear from defendant's counsel regarding those affidavits when the sentencing hearing resumes on Friday.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of February, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Kathleen A. O'Malley, Esq. (AUSA-Jax)
William E. Folsom, Esq.

U.S. Probation (Irish Anderson)
U.S. Marshals Service
Defendant